UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **INDICTMENT** |
| v. | 26 Cr. |
| GUSTAVO DEJESUS TORRES, | |
| Defendant. | **26 CRIM 1 6 1** |

## COUNT ONE
### (Bank Robbery)

The Grand Jury charges:

1.      On or about March 17, 2026, in the Southern District of New York and elsewhere, GUSTAVO DEJESUS TORRES, the defendant, knowingly, by force and violence, and by intimidation, took and attempted to take, from the person and presence of another, and obtained and attempted to obtain by extortion, property and money and a thing of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), credit union, as that term is defined in Title 18, United States Code, Section 2113(g), and savings and loan association, as that term is defined in Title 18, United States Code, Section 2113(h), to wit, TORRES obtained money from a bank branch located at 55 West 125th Street, New York, New York, by passing a threatening note to a bank employee demanding money.

(Title 18, United States Code, Section 2113(a).)

## COUNT TWO
### (Attempted Bank Robbery)

The Grand Jury further charges:

2.      On or about March 17, 2026, in the Southern District of New York and elsewhere,

GUSTAVO DEJESUS TORRES, the defendant, knowingly, by force and violence, and by intimidation, attempted to take, from the person and presence of another, and attempted to obtain by extortion, property and money and a thing of value belonging to, and in the care, custody, control, management, and possession of a bank, as that term is defined in Title 18, United States Code, Section 2113(f), credit union, as that term is defined in Title 18, United States Code, Section 2113(g), and savings and loan association, as that term is defined in Title 18, United States Code, Section 2113(h), to wit, TORRES attempted to obtain money from a bank branch located at 360 East 149th Street, Bronx, New York, by passing a threatening note to a bank employee demanding money.

(Title 18, United States Code, Section 2113(a).)

## FORFEITURE ALLEGATIONS

3.      As a result of the offenses alleged in Counts One through Two of this Indictment, GUSTAVO DEJESUS TORRES, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Assets Provision

4.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

       a.      cannot be located upon the exercise of due diligence;

       b.      has been transferred or sold to, or deposited with, a third person;

       c.      has been placed beyond the jurisdiction of the Court;

2

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be subdivided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and

Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the

defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

FOREPERSON

4/28/26

JAY CLAYTON
United States Attorney

3